IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

JUL 1 3 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-1464-W |
| ) | |
| RANDY WHITEKILLER, D.O., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Garnishee. ) | |

## ORDER

On June 18, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation and recommended that garnishee Oklahoma Department of Corrections be directed regarding the disposition of certain non-exempt monies and property of defendant Randy Whitekiller, D.O. The parties were advised of their right to object, but no objections have been filed within the allotted time.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 18] issued on June 18, 2012; and

(2) ADVISES the parties that an Order for Disposition of Garnished Funds, as proposed by plaintiff/garnishor United States of America, shall issue forthwith.

ENTERED this _13th_ day of July, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE